**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CRISTIAN SANCHEZ,<br><br>                    Plaintiff,<br><br>          v.<br><br>OZONE NETWORKS, INC.,<br><br>                    Defendant. | Case No. 1:21-cv-04265-ER<br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties, plaintiff Cristian Sanchez and defendant Ozone Networks, Inc. (collectively, the "Parties" and individually a "Party"), that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and pursuant to a settlement agreement that shall be judicially enforceable, all of the claims that were asserted or that could have been asserted in the above-captioned action are hereby dismissed with prejudice and without costs to any Party as against the other.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that counsel for the Parties have been authorized by their respective clients to execute this Stipulation.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that no Party hereto is an infant or incompetent person for whom a committee or conservator has been appointed.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that facsimile/photocopy signatures may be accepted as originals for all purposes, including filing with the Court.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that this Stipulation may be filed, without further notice, with the Clerk of the Court by any Party herein.

Dated: 6/23/21

COHEN & MIZRAHI LLP

By: _____
Joseph H. Mizrahi, Esq.
300 Cadman Plaza West, 12th Floor
Brooklyn, NY 11201
Phone: (929) 575-4175
Facsimile: (929) 575-4195
Email: joseph@cml.legal
*Attorneys for Plaintiff*

FENWICK & WEST, LLP

By: _____
Matthew F. Damm, Esq.
902 Broadway, Suite 14
New York, New York 10010
Telephone: (212) 430-2732
Facsimile: (650) 938-5200
Email: mdamm@fenwick.com
*Attorneys for Defendant*

**SO ORDERED:** _____